JENNIFER RICKERSON, ROXANNE DIGGS, JOSEPH ROUNDS, DESARAY JOSEPH, JENISHA ROUNDS AND THE ESTATE OF JOSEPH TRIGGS, INDIVIDUALLY AND ON BEHALF OF JOSEPH TRIGGS (DECEASED)

VERSUS

SHERIF K. SAKLA, STEPHANIE C. REUTHER, THE SAKLA LAW FIRM, APLC, JERRI G. SMITKO, AND SMITKO LAW, APLC

\* NO. 2021-CA-0246

\* COURT OF APPEAL

\* FOURTH CIRCUIT

\* STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

*RML* **LEDET, J., CONCURS IN THE RESULT**